ERIC GRANT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Brodie.Butland@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROAENA PITRE AND JAYDE PITRE,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES POSTAL SERVICE, DARREL WESLEY THOMPSON, AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | CASE NO. 2:26-cv-02119-DJC-CSK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 144(a), Plaintiffs and Defendants, by and through their undersigned respective counsel of record, stipulate and agree to extend the time for the Defendants to answer or otherwise respond to the Complaint by twenty-eight (28) days to August 4, 2026, to allow the parties to attempt to negotiate a resolution of the action. Good cause exists for this joint stipulation to conserve time and resources of the parties and the court.

///

///

///

///

Date: July 9, 2026

ERIC GRANT
United States Attorney

By: */s/ Brodie M. Butland*
BRODIE M. BUTLAND
Assistant United States Attorney

Date: July 9, 2026

ASHLEY INJURY LAWYERS

By: */s/ Ashley Majors* (as authorized 7/9/26)
ASHLEY MAJORS
Attorney for Plaintiffs

**ORDER**

The parties have moved for an additional 28 days, or until August 4, 2026, for Defendants to file a response to Plaintiff's Complaint. Finding good cause, the Stipulation is **GRANTED.** The Defendants shall have until August 4, 2026, to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: July 10, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE