ASHLEY MAJORS
7750 College Town Drive, Suite 200
Sacramento, CA 95826
Telephone: (916) 419-1111

Attorney for Plaintiffs

ERIC GRANT
United States Attorney
BRODIE M. BUTLAND
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Defendants

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROAENA PITRE, ET AL.,<br>Plaintiff,<br>v.<br>UNITED STATES POSTAL SERVICE, ET AL.,<br>Defendant. | Case No.: 2:26-cv-02119-DJC-CSK<br><br>**ORDER** |

This came upon the parties' request to continue the hearing on Defendants' pending Motion to Dismiss. Finding good cause, the Court hereby VACATES the hearing and RESETS it to December 17, 2026, at 1:30pm.

IT IS SO ORDERED.

Dated: November 5, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE